# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV **19-7455-RGK (PLA)**                        Date **January 28, 2020**

Title: **Kenneth B. Gibbs vs. J. Anderson, et al.**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**        ☐ U.S. DISTRICT JUDGE

☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**  
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**  
NONE

**PROCEEDINGS:** (IN CHAMBERS)

The Court has been notified by the U.S. Marshals Service that defendant R. Guzman is deceased. ECF No. 13. Accordingly, **no later than February 14, 2020**, plaintiff is ordered to show cause why defendant Guzman should not be dismissed from this action. In the alternative, plaintiff shall move to dismiss defendant Guzman from this action. The court clerk is direct to provide plaintiff with a copy of ECF No. 13 along with this Order.

cc:   Kenneth B. Gibbs, Pro Se  
      Neculai Grecea, CAAG

Initials of Deputy Clerk_____

CV-90 (10/98)                                    CIVIL  MINUTES  -  GENERAL