# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. CV **19-7455-RGK (PLA)**                    Date **June 2, 2021**

Title: **Kenneth B. Gibbs vs. J. Anderson, et al.**

---------------------------------------------------------------------------------------------------

☐ **U.S. DISTRICT JUDGE**

PRESENT: THE HONORABLE     **PAUL L. ABRAMS**

☒ **MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|:---:|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANTS:
            NONE                                                                          NONE

PROCEEDINGS:            (IN CHAMBERS)

Pursuant to this Court's Order of February 9, 2021 (ECF No. 73), each party was ordered to file a Status Report no later than May 10, 2021.  To date, plaintiff's Status Report has not been filed with the Court.  Accordingly, **no later than July 2, 2021, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and for failure to comply with a Court Order.  Filing of the Status Report on or before July 2, 2021, shall be deemed compliance with this Order to Show Cause.

cc:     Kenneth B. Gibbs, Pro Se
        Neculai Grecea, CAAG

Initials of Deputy Clerk____ch____