JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH B. GIBBS, | ) | NO. CV 19-7455 RGK (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| J. ANDERSON, et al., | ) | |
| **Defendants.** | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 4/25/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE